Date signed March 13, 2014



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| AMIR PARVIZ PARSA | : | Case No. 13-12286PM |
| | : | Chapter 13 |
| Debtor | : | |

## MEMORANDUM OF DECISION

This case came before the court for a hearing on Debtor's objection to the proof of claim filed by Hamad Dadpay. The Claimant was unprepared, and his presentation was disorganized. Claimant would benefit immensely with the help of competent counsel experienced in bankruptcy law. The court found that Mr. Dadpay's claim improperly sought compound interest on a judgment entered by the Circuit Court for Montgomery County, Maryland, and reduced the claim on that account. The claim also sought compensation for a transaction involving the transfer of stock in Ford Motor Company. Because of the failure of the Claimant to produce any evidence of the substance of the transaction, the court will sustain the objection to that portion of the claim without prejudice.

In the course of the hearing, the Claimant sought to testify at length about his allegations that the Debtor obtained the October 24, 2013, confirmation of his Chapter 13 Plan by fraud; however, that issue was not properly before the court. 11 U.S.C. § 1330(a) mandates that a motion to revoke an Order of Confirmation must be filed within 180 days after the date of the entry of an Order of Confirmation.

cc:

Hamid Dadpay, 15709 Thistlebridge Drive, Rockville, MD 20853
Amir Parviz Parsa, 7401 Westlake Terrace, Apt. 801, Bethesda, MD 20817
Seth W. Diamond, 8613 Cedar Street, Silver Spring, MD 20910
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718

**End of Memorandum**